IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| HEATHER LYNN HODGES<br><br>Plaintiff,<br><br>vs.<br><br>SWC GROUP, L.P.<br><br>Defendant. | Case No.: 4:16-cv-00879<br><br>STIPULATION OF DISMISSAL |

It is hereby stipulated and agreed by and between counsel for Plaintiff HEATHER LYNN HODGES and Defendant SWC GROUP, L.P. that the above-entitled action is hereby dismissed with prejudice, and without attorneys' fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated this 12th day of September 2017.

Respectfully submitted,

*/s/ Scott Tidwell*
Scott Tidwell, Esq.
MATTHEWS, CAMPBELL, RHOADS,
MCCLURE & THOMPSON, P.A.
119 South Second Street
Rogers, AR 72756
T: 479-636-8150
sst@mcrmt.com

*Attorneys for Defendant*

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
ZEMEL LAW, LLC
78 John Miller Way, Suite 430
Kearny, New Jersey 07032
T: (862) 227-3106
F: (862) 204-5901
DZ@zemellawllc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2017 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

                                                   _s/ Daniel Zemel_
                                                   Daniel Zemel, Esq.